**Gary D. EASLEY, Petitioner–Appellant,**

v.

**State of CALIFORNIA; Attorney General of the State of California, Respondents–Appellees.**

No. 08–16406.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 8, 2011.*

Filed March 29, 2011.

Karen Lee Landau, Esquire, Oakland, CA, for Petitioner–Appellant.

Gary D. Easley, Milpitas, CA, pro se.

Brian G. Smiley, Supervising Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Gary D. Easley appeals pro se from the district court's judgment dismissing his habeas corpus petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

The government contends that dismissal of Easley's petition was proper in light of the abstention doctrine set forth in *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971). We agree. As a threshold matter, the government's failure to raise the *Younger* argument in the district court does not prevent us from addressing it on appeal. *See H.C. ex rel. Gordon v. Koppel,* 203 F.3d 610, 613 (9th Cir.2000) ("*Younger* abstention may be raised sua sponte at any point in the appellate process."). In light of the ongoing state criminal proceedings at the time Easley filed his federal habeas petition, dismissal was appropriate under *Younger.*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*See Younger,* 401 U.S. at 43–44, 91 S.Ct. 746 (holding that on principles of federalism and comity, federal courts should abstain from intervening in ongoing state criminal proceedings absent extraordinary circumstances).

**AFFIRMED.**